1:25-cr-00559
Judge Jeremy C. Daniel
Magistrate Judge Daniel P. McLaughlin
RANDOM / Cat. 4

FILED
9/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN NICHOLAS YESSEN and ROBERT BERMAN | Case No.<br><br>Violations: Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(B)(i); Title 21, United States Code, Sections 841(a)(1) and 846 |

## COUNT ONE

The SPECIAL APRIL 2024 GRAND JURY charges:

Beginning no later than on or about June 23, 2020, and continuing until on or about May 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KEVIN NICHOLAS YESSEN and
ROBERT BERMAN,

defendants herein, did conspire with each other, Individual A, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, a quantity of a mixture and substance containing a detectable amount of tetrahydrocannabinol, a Schedule I Controlled Substance, a quantity of a mixture and substance containing a detectable amount of psilocybin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of psilocin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## **COUNT TWO**

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about December 21, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> KEVIN NICHOLAS YESSEN and
> ROBERT BERMAN,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, a quantity of a mixture and substance containing a detectable amount of tetrahydrocannabinol, a Schedule I Controlled Substance, a quantity of a mixture and substance containing a detectable amount of psilocybin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of psilocin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL APRIL 2024 GRAND JURY further charges:

Beginning no later than on or about February 5, 2021, and continuing until on or about March 3, 2021, at Chicago, in the Northern District of Illinois, Eastern Division and elsewhere,

KEVIN NICHOLAS YESSEN and
ROBERT BERMAN,

defendants herein, did conspire with each other and with other persons known and unknown to the Grand Jury, to commit offenses in violation of Title 18, United States Code, Section 1956, namely, to knowingly conduct a financial transaction affecting interstate and foreign commerce, namely the transfer of approximately $31,700 in United States Currency, which transaction involved the proceeds of a specified unlawful activity, namely, the felonious buying and selling and otherwise dealing in a controlled substance, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

In violation of Title 21, United States Code, Section 1956(h).

## **COUNT FOUR**

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about February 5, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KEVIN NICHOLAS YESSEN and
ROBERT BERMAN,

defendants herein, did knowingly conduct a financial transaction affecting interstate and foreign commerce, namely, the transfer of approximately $31,700 in United States Currency, which transaction involved the proceeds of a specified unlawful activity, namely the felonious buying and selling and otherwise dealing in a controlled substance, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity;

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## **COUNT FIVE**

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about December 6, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### KEVIN NICHOLAS YESSEN,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## **COUNT SIX**

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about January 15, 2022, at Mokena, in the Northern District of Illinois, Eastern Division, and elsewhere,

KEVIN NICHOLAS YESSEN,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## **FORFEITURE ALLEGATION**

The SPECIAL APRIL 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as set forth in this Indictment, defendants shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 1956, as set forth in this Indictment, the defendant shall forfeit to the United States, any property involved in such offenses, or in any property traceable to such property, as provided in Title 18, United States Code, 982(a)(1).

3. The property to be forfeited includes, but is not limited to:

    a. Funds in the amount of approximately $49,970 in United States currency seized by law enforcement on May 18, 2022, from a residence in Woodland Hills, California;

    b. Funds in the amount of approximately $8,750 in United States currency seized by law enforcement on May 18, 2022, from a vehicle in Woodland Hills, California;

    c. Funds in the amount of approximately $113,481.91 seized by law enforcement on June 24, 2022, from Bank of America, account number XXXX-XXXX-1385, held in the name of Royal Realty Enterprise, Inc.;

    d. Funds in the amount of approximately $31,774.75 seized by law

enforcement on January 23, 2023, from Valley National Bank, account number XXXX8072, held in the name of Royal Realty Enterprise, Inc.; and

    e. A personal money judgment.

  4. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

         A TRUE BILL:

         _____
         FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
UNITED STATES ATTORNEY